UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAMADA FRANCHISE SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:03CV1750-DJS |
| ) | |
| BRIDGETON, INC., ANDY PATEL, and ) | |
| RAJ JHALA, ) | |
| ) | |
| Defendants. ) | |

### PARTIAL SUMMARY JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that summary judgment is entered in favor of plaintiff Ramada Franchise Systems, Inc. and against defendant Bridgeton, Inc. on Count I of plaintiff's verified complaint.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Count II of plaintiff's verified complaint is dismissed.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that summary judgment is entered in favor of plaintiff Ramada Franchise Systems, Inc. and against defendant Bridgeton, Inc. on Count III of plaintiff's verified complaint in the amount of $147,525.00, consisting of $105,000.00 in damages and $42,525.00 in prejudgment interest.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Count IV of plaintiff's verified complaint is dismissed as moot.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that summary judgment is entered in favor of plaintiff Ramada Franchise Systems, Inc. and against defendant Bridgeton, Inc. on Count V of plaintiff's verified complaint in the amount of $103,828.13, consisting of $71,625.00 in damages and $32,203.13 in prejudgment interest.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Count VI of plaintiff's verified complaint is dismissed as moot.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that summary judgment is entered in favor of plaintiff Ramada Franchise Systems, Inc. and against defendants Andy Patel and Raj Jhala on Count VII of plaintiff's verified complaint. Defendants Patel and Jhala are jointly and severally liable with defendant Bridgeton Inc. on Counts III and V in the amount of $251,353.13, consisting of $176,625.00 in damages and $74,728.13 in prejudgment interest.

Dated this   18th   day of August, 2005.

                                          /s/Donald J. Stohr
                                          UNITED STATES DISTRICT JUDGE